UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY
CASE NO: 3:17-cv-1042-J-39JRK

UNITED BANK,

Plaintiff,

vs.

CURTIS ENGLERT and FOUR REEL FISHING, LLC.

Defendants.

_____/

## COMPLAINT

COMES NOW, Plaintiff, UNITED BANK, and sues CURTIS ENGLERT and FOUR

REEL FISHING, LLC. (collectively "Defendants"), and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1.      Jurisdiction is founded on 46 U.S.C. Section §31325, and is otherwise an admiralty

and maritime claim as contemplated by Rule 9(h).

2.      Plaintiff, UNITED BANK is a corporation formed under the laws of the State of

Connecticut. Plaintiff, UNITED BANK'S corporate headquarters is located at 45 Glastonbury

Boulevard, Glastonbury, CT, 06033.

3.      Defendant CURTIS ENGLERT is believed to be a citizen and resident of the State

of Florida with an address of 29 North Roscoe Boulevard, Ponte Vedra Beach, Florida 32082.

4.      FOUR REEL FISHING, LLC. is a Florida Limited Liability Company whose

principal address is 29 North Roscoe Boulevard, Ponte Vedra Beach, Florida 32082. CURTIS

ENGLERT is the sole managing member of FOUR REEL FISHING, LLC.

5.       Venue is proper as the Defendants reside in the Middle District of Florida.

## GENERAL ALLEGATIONS

6.       On May 9, 2008, Defendant CURTIS ENGLERT became indebted to CGI Finance, Inc. in the principal amount of $400,081.31, plus interest pursuant to a Marine Note and Security Agreement ("Note") for the purchase of a 2008 40' Sea Ray Sundancer Motor Yacht, HIN:SERF1681F708, United States Coast Guard Official Number 1210988 ("M/Y KNOT ENOUGH"). Under the Note, Defendant was to make 240 equal monthly payments of $2,864.00. A true and correct copy of the Marine Note and Security Agreement is attached hereto as **Exhibit A.**

7.       To further secure the debt owed under the Note, on September 12, 2011, Defendant CURTIS ENGLERT executed and delivered to CGI Finance, Inc. a First Preferred Ship Mortgage encumbering the M/Y KNOT ENOUGH.   A true and correct copy of the Mortgage is attached hereto as **Exhibit B.**

8.       The Mortgage was duly and validly executed and recorded with the United States Coast Guard on May 15, 2008, document identification number 8888480, batch number 639287.

9.       On July 17, 2009, Defendant FOUR REEL FISHING, LLC. became indebted to CGI Finance, Inc. in the principal amount of $199,280.00, plus interest pursuant to a Marine Note and Security Agreement ("Note") for the purchase of a 2009 36' Yellowfin CC, HIN:YFY36202A909, United States Coast Guard Official Number 1222218 ("M/Y FOUR REEL"). Under the Note, Defendant was to make 240 equal monthly payments of $1,561.81. A true and correct copy of the Marine Note and Security Agreement is attached hereto as **Exhibit C.**

10.     To further secure the debt owed under the Note by FOUR REEL FISHING, LLC, on July 18, 2009, Defendant FOUR REEL FISHING, LLC executed and delivered to CGI Finance,

Inc. a First Preferred Ship Mortgage encumbering the M/Y FOUR REEL. A true and correct copy of the Mortgage is attached hereto as **Exhibit D.**

11.    The Mortgage was duly and validly executed and recorded with the United States Coast Guard on August 5, 2009, document identification number 10847042, batch number 704247.

12.    The debt was further secured by a Continuing and Unconditional Guaranty executed by Defendant CURTIS ENGLERT on July 19, 2009. A true and correct copy is attached hereto as **Exhibit E.**

13.    On December 15, 2015, both Notes and Mortgages were assigned to UNITED BANK. True and correct copies of the assignments are attached hereto as **Exhibit F.**

14.    In 2016, Defendant CURTIS ENGLERT advised UNITED BANK that he was no longer able to meet the payment obligations of the Note and Mortgage for the M/Y KNOT ENOUGH. The parties entered into an agreement that Mr. ENGLERT could sell the M/Y KNOT ENOUGH with UNITED BANK releasing the mortgage lien on same, the proceeds would be paid towards the outstanding debt, and the borrower would pay off any deficiency balance over time.

15.    The M/Y KNOT ENOUGH was sold on or about November 24, 2016, leaving a deficiency balance of $103,844.29. See Promissory Note attached hereto as **Exhibit G.** See also, Purchase and Sale Agreement for Vessel, attached hereto as **Exhibit H**

16.    As further security for this agreement, on November 18, 2016, CURTIS ENGLERT, with consent of the title owner FOUR REEL FISHING, LLC, granted UNITED BANK a Second Ships Mortgage on the M/Y FOUR REEL in the amount of $103,844.29. A true and correct copy of the Ship Mortgage is attached hereto as **Exhibit I.** Also attached hereto as **Exhibit J** is a Limited Liability Company Resolution and Incumbency Certificate for Borrowing, Guarantying or Pledging Assets.

17.    CURTIS H. ENGLERT failed to make payments towards the deficiency balance owed pursuant to the Promissory Note and Mortgage for the M/Y KNOT ENOUGH. CURTIS ENGLERT presently owes the principal amount of $103,844.29, exclusive of costs, interest and attorney's fees for his default related to the M/Y KNOT ENOUGH.

18.    On December 14, 2016, after failing to make payments on the M/Y FOUR REEL, Plaintiff provided notice of its intention to repossess the M/Y FOUR REEL. A true and correct copy of the Notice is attached hereto as **Exhibit K.**

19.    On February 3, 2017, Plaintiff provided Defendants Notice of Completed Repossession and Intent to Sell the M/Y FOUR REEL by public or private sale on or after February 24, 2017. A true and correct copy of the Notice is attached hereto as **Exhibit L.**

20.    On March 15, 2017, the M/Y FOUR REEL was sold to ABACO International Group, LLC. After the sale, taking into account storage, repairs, repossession fees and brokers commission, Defendant FOUR REEL FISHING, LLC owes the principal amount of $56,667.13, exclusive of costs, interest and attorney's fees. See Notice of Sale of Collateral and Deficiency, attached hereto as **Exhibit M.**

21.    CURTIS ENGLERT is liable for the amounts owed by FOUR REEL FISHING, LLC for the M/Y FOUR REEL pursuant to the terms of the Guaranty referenced above.

### COUNT I: BREACH OF NOTE (M/Y KNOT ENOUGH) BY CURTIS H. ENGLERT

22.    Plaintiff re-alleges and re-avers the allegations contained in paragraphs 1-21 as if fully set forth herein.

23.    This is an action to recover a deficiency balance after the sale of a Vessel (M/Y KNOT ENOUGH) encumbered by a first preferred ship mortgage.

24.     CURTIS had a contractual duty to make payments pursuant to the Note and Mortgage referenced above.

25.     CURTIS ENGLERT breached his contractual duty by failing to make installment payments as agreed.

26.     As a result, Plaintiff has suffered damages in the principal amount of $103,844.29, exclusive of costs, interest and attorney's fees.

27.     Plaintiff has incurred, and will continue to incur, attorneys' fees, costs, disbursements, and expenses for which Defendant is liable under the Note, with interest thereon. *See Note.*

WHEREFORE, Plaintiff demands judgment against CURTIS ENGLERT in the principal amount of $103,844.29, plus costs, interest and attorneys' fees, and such other relief as the Court deems appropriate.

## COUNT II: BREACH OF NOTE (M/Y FOUR REEL) AGAINST FOUR REEL FISHING, LLC.

28.     Plaintiff re-alleges and re-avers the allegations contained in paragraphs 1-21 as if fully set forth herein.

29.     This is an action to recover a deficiency balance after the sale of a Vessel (M/Y FOUR REEL) encumbered by a first preferred ship mortgage.

30.     FOUR REEL FISHING, LLC had a contractual duty to make payments, beginning on August 9, 2017, under the Note referenced above.

31.     FOUR REEL FISHING, LLC breached his contractual duty by failing to make installment payments as agreed.

32.     As a result, Plaintiff has suffered damages in the principal amount of $56,667.13, exclusive of costs, interest and attorney's fees.

33.     Plaintiff has incurred, and will continue to incur, attorneys' fees, costs, disbursements, and expenses for which Defendant is liable under the Note, with interest thereon. *See Note.*

WHEREFORE, Plaintiff demands judgment against FOUR REEL FISHING, LLC in the principal amount of $56,667.13, plus costs, interest and attorneys' fees, and such other relief as the Court deems appropriate.

## COUNT III: BREACH OF GUARANTY (M/Y FOUR REEL) AGAINST CURTIS H. ENGLERT

34.     Plaintiff re-alleges and re-avers the allegations contained in paragraphs 1-21 as if fully set forth herein.

35.     This is an action to recover a deficiency balance after the sale of a Vessel (M/Y FOUR REEL) encumbered by a first preferred ship mortgage.

36.     FOUR REEL FISHING, LLC had a contractual duty to make payments, beginning on August 9, 2017, under the Note referenced above.

37.     FOUR REEL FISHING, LLC breached his contractual duty by failing to make installment payments as agreed.

38.     As a result, Plaintiff has suffered damages in the principal amount of $56,667.13, exclusive of costs, interest and attorney's fees.

39.     CURTIS H. ENGLERT is liable for the amounts owed by FOUR REEL FISHING, LLC pursuant to the terms of the Guaranty.

40.     Plaintiff has incurred, and will continue to incur, attorneys' fees, costs, disbursements, and expenses for which Defendant is liable under the Note, with interest thereon. *See Note.*

WHEREFORE, Plaintiff demands judgment against CURTIS ENGLERT in the principal amount of $56,667.13, plus costs, interest and attorneys' fees, and such other relief as the Court deems appropriate.

## CONCLUSION

In sum, Plaintiff demands judgment against CURTIS ENGLERT for the total combined amount of $160,511.42, and against FOUR REEL FISHING, LLC, jointly and severally, for $56,667.13.

Dated: August 30, 2017

Respectfully submitted,

By:_____

Robert D. McIntosh (FBN: 115490)
rdm@mcintoshschwartz.com
Adam B. Cooke (FBN: 0634182)
acooke@mcintoshschwartz.com
**McINTOSH SCHWARTZ P.L.**
888 S.E. 3rd Avenue, Suite 201
Fort Lauderdale, Florida 33316-1159
Phone: (954) 660-9888/Fax: (954) 760-9531
Attorneys for Plaintiff